IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| SILAS MARTIN, #145609,   ) | |
| ) | |
| Petitioner,   ) | |
| v.   ) | CASE NO.  3:10-cv-0453-TMH |
| ) | WO |
| TROY KING, *et al.*,   ) | |
| ) | |
| Respondents.   ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The petitioner's objection (Doc. #25) to the Recommendation of the Magistrate Judge filed on December 6, 2010 is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #24) filed on November 19, 2010 is adopted;

3.  The 28 U.S.C. § 2254 petition for habeas corpus relief is DENIED and this case is DISMISSED without prejudice as this Court lacks jurisdiction to consider Petitioner's claims for relief.

DONE this the 16th   day of December, 2010.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE